IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel VEN-A-CARE OF THE FLORIDA KEYS, INC., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 06-CV-231-PB ) |
| | ) **FILED UNDER SEAL** - Level I |
| ASTRAZENECA PHARMACEUTICALS, LP, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

Upon consideration of the United States' application for a declaration that it may disclose the complaint and material evidence to the State Medicaid Fraud Control Units, without implicating the False Claims Act's seal, it is hereby

**DECLARED** that the seal imposed in this case does not apply to the United States' sharing of the complaint and material evidence with officials of the State Medicaid Fraud Control Units responsible, by statute and regulation, for investigating the allegations of Medicaid fraud contained in the complaint.

Dated: November 6, 2006

/s/ Paul Barbadoro
United States District Judge

cc: Counsel of record