**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| UNITED STATES OF AMERICA <br> <u>ex</u> <u>rel</u> VEN-A-CARE OF THE <br> FLORIDA KEYS, INC., | ) <br> ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) **Case No. 06-CV-231-PB** <br> ) <br> ) |
| ASTRAZENECA <br> PHARMACEUTICALS, LP, <u>et</u> <u>al.</u>, | ) <br> ) <br> ) **FILED UNDER SEAL** |
| Defendants. | ) |

**ORDER**

Having considered the Unopposed Application of the United States for Authorization to

Disclose Information Related to Matter Under Seal, the Court grants the motion and finds that:

1.   The Kentucky Attorney General's Office and private counsel working with that office may make use of information related to the state and federal settlement agreements with AstraZeneca in the trial of *Commonwealth of Kentucky ex rel. Jack Conway, Attorney General v. Astrazeneca LP and Astrazeneca Pharmaceuticals LP*, Franklin County Circuit Court, Civil Action No. 04-CI-1487.

2.   It would not violate the Court's seal for counsel representing the Commonwealth of Kentucky in the above-referenced matter to make reference to the investigation of AstraZeneca or the settlement that AstraZeneca entered to resolve the instant case. However, counsel for the Commonwealth of Kentucky must not reveal the existence of this *qui tam*, the identity of the relators, the docket number of this matter, or any other information that would specifically identify this sealed matter. Counsel for the Commonwealth must redact any references to this case from any documents used in the state proceeding.

This _5th_ day of _October_ , 2009.

/s/ Paul Barbadoro
_____
PAUL BARBADORO
United States District Judge

cc:   Counsel of Record